UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


VALERIE SMITH,

        Plaintiff,

                               Case No. 2:16-CV-14041
vs.                          HON. GEORGE CARAM STEEH

NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [DOC. 12]

This matter is before the Court on the parties cross-motions for
summary judgment. On November 20, 2017, Magistrate Judge Elizabeth A.
Stafford issued a report and recommendation recommending that Smith's
motion be denied, the Commissioner's motion be granted, and the
Commissioner's decision be affirmed pursuant to sentence four of 42
U.S.C. § 405(g).

The court has reviewed the file, record, and magistrate judge's report
and recommendation.  Objections to that report have not been filed by
Smith within the established time period.  The court accepts the report and
recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that Smith's motion for summary judgment is DENIED, the Commissioner's motion for summary judgment is GRANTED, and the Commissioner's decision is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Dated:  January 2, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 2, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---